# United States District Court
## *Southern District of Georgia*

Michael Jernard Singleton

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-193

United States Of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 20, 2017, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Petitioner's 28

U.S.C. 2255 petition is Denied. This action stands closed.



| November 21, 2017 | Scott L. Poff |
| --- | --- |
| *Date* | *Clerk* |

(By) Deputy Clerk